AO91 (Rev. 8/01) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**FILED**
MAY 15 2007
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.
GLEN DOUGLAS RACE

**CRIMINAL COMPLAINT**

Case Number: B-07-470 MJ

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  05/15/2007  in  Cameron  County, in the  Southern  District of  Texas  defendant(s) did,

*(Track Statutory Language of Offense)*

forcibly assault, resist, oppose, impede, and interfere with a person designated in section 1114 of this title while engaged in or on account of the performance of official duties.

in violation of Title  18  United States Code, Section(s)  111 .

I further state that I am a(n)  Special Agent  and that this complaint is based on the following facts:

Official Title

**(See attached affidavit)**

Continued on the attached sheet and made a part of this complaint:   x  Yes   ☐  No

_____
Signature of Complainant

Ryan Flint
Printed Name of Complainant

Sworn to before me and signed in my presence,

15 MAY 2007                          at    Brownsville, Texas
Date                                         City and State

John Wm. Black
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer