United States District Court
Southern District of Texas
FILED

MAY 1 5 2007

Michael N. Milby
Clerk of Court

ATTACHMENT A

AFFIDAVIT

I, Ryan Flint, being duly sworn, depose and state the following:

1. That I am a Special Agent of the Federal Bureau of Investigation (FBI), assigned to the Brownsville Office of the FBI. I have been employed as a Special Agent of the FBI for over two years and I am currently assigned to work violations of federal law within the jurisdiction of the FBI.

2. That this affidavit is made in support of the criminal complaint against GLEN DOUGLAS RACE, date of birth May 3, 1981, who violated Title 18 USC 111 by forcibly assaulting, resisting, opposing, impeding and interfering with a person designated in section 1114 of this title while engaged in or on account of the performance of official duties. The following facts of this investigation have been learned by me during the course of my investigation:

3. On or about May 15, 2007, while in the performance of his official duty, Agent Ramon Vargas Jr., of the US Border Patrol (USBP), observed an unidentified male walking near Highway 281 and Rangerville Road near the Los Indios Port of Entry in Los Indios, Texas. Agent Vargas approached the unidentified male and asked for identification. The unidentified male provided a Nova Scotia identification and was identified as GLEN DOUGLAS RACE, date of birth May 3, 1981.

4. Agent Vargas asked RACE if he had a passport, which RACE replied, "yes, it is in my bag". When RACE opened the bag, Agent Vargas saw what he thought was the stock of a rifle and asked RACE to put his hands on the USBP vehicle. RACE turned toward Agent Vargas and attempted to grab Agent Vargas' sidearm. A struggle ensued with Agent Vargas using one hand to hold his weapon in his holster and the other hand to detain RACE. During the struggle, RACE bit Agent Vargas on his left cheek and right hand. Agent Vargas forced RACE to the ground and Agent Vargas was on top of RACE's back. Agent Vargas unholstered his weapon and pointed it at the back of RACE's head until backup arrived.

5. USBP Agents Rolando Castilla and Noe Deleon arrived at the scene and placed handcuffs on RACE. Agent Deleon searched RACE's bag and found a 44 Caliber Ruger rifle with one round in the chamber and four rounds in the magazine. Agent Vargas was treated at Valley Baptist Medical Center for his injuries and was released.

6. It is my personal belief, based on my background and experience, and the aforementioned information provided to me that GLEN DOUGLAS RACE, date of birth May 3, 1981, violated Title 18 USC 111 by forcibly assaulting, resisting, opposing, impeding and interfering with a person designated in section 1114 of this title while engaged in or on account of the performance of official duties.

_____
RYAN FLINT
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 15th day of May, 2007

_____
United States Magistrate Judge
Brownsville, Texas

2