# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

**OFFENSE CHARGED:** Assault of a Federal Officer

- ☐ Petty
- ☐ Minor
- ☐ Misdemeanor
- ☒ Felony

**Place of offense:** Los Indios, TX

**U.S.C. Citation:** Title 18 Sect 111

**Name of District Court, and/or Judge/Magistrate Location (City):** Southern District of Texas

**DEFENDANT — U.S. vs.** GLEN Douglas RACE

United States District Court
Southern District of Texas
FILED
MAY 17 2007
Michael N. Milby
Clerk of Court

B-07-470 MJ

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction     ☒ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

Has detainer been filed? ☐ Yes ☐ No

**DATE OF ARREST:** Mo. 05  Day 15  Year 2007

**DATE TRANSFERRED TO U.S. CUSTODY:**

**Name and Office of Person furnishing Information on THIS FORM:** Ryan Flint ☐ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** Oscar Ponce

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS