# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | MAGISTRATE NO.: B-07-470-MJ |
| VS. | § | |
| | § | |
| GLEN DOUGLAS RACE | § | |

## <u>ORDER OF DETENTION</u>

In accordance with the Bail Reform Act of 18 U.S.C. § 3142(f), a detention hearing was held on **May 21, 2007.** Defendant, his counsel and counsel for the government were allowed to present evidence and argument in support of their respective positions.

At the conclusion of the hearing, this Court found Defendant to be a  risk of flight and danger to the community and that there is no condition or combination of conditions that would reasonably assure Defendant's appearance at further court proceedings.

In support of the above conclusion, this Court files the following findings which it considers as established by clear and convincing evidence that Defendant is a danger to the community based on the PSA report.

Because of the foregoing, it is **ORDERED** that the Defendant be detained without bond pending trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court

of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE at Brownsville, Texas, this 21st day of May, 2007.

_____
John Wm. Black
United States Magistrate Judge